UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TASSA M. COLEMAN,

**Plaintiff,**

v.                                                           **Case No: 5:19-cv-34-Oc-18PRL**

COMMISSIONER OF SOCIAL
SECURITY,

**Defendant.**

## ORDER

THIS CAUSE comes for consideration on Plaintiff Tassa M. Coleman's appeal from a final

decision of the Commissioner of the Social Security Administration (the "Commissioner")

denying her application for Disability Insurance Benefits ("DIB") and Supplemental Security

Income ("SSI") after proceedings before an Administrative Law Judge ("ALJ").[1] (*See* Doc. 1 at

2.) On January 10, 2020, the United States Magistrate Judge issued a report and recommendation

(the "Report and Recommendation") recommending that the Commissioner's decision be affirmed

(Doc. 24), to which Plaintiff filed objections (Doc. 25) and the Commissioner responded (Doc.

26).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper

legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report

and Recommendation (Doc. 24) to which Plaintiff objected, it is hereby **ORDERED** and

**ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 20.)

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this _____ 3 _____ day of March, 2020.

**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

2